1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| SHIRLEY HARDING | ) | |
|---|---|---|
| | ) | Civil Action No. CV-F-04-5874 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 14 day extension of time, until April 27, 2005, in which to file and serve Plaintiff's Opening Brief.  All remaining actions under the scheduling order filed, June 21, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1  Dated: April 19, 2005

/s/ Gina Fazio
2                                               GINA FAZIO,
Attorney for Plaintiff.
3
Dated: April 19, 2005
4                                               MCGREGOR SCOTT
United States Attorney
5
By: /s/ Kristi C. Kapetan
6                                               (As authorized via facsimile)
KRISTI C. KAPETAN
7                                               Assistant U.S. Attorney

8          IT IS SO ORDERED.

9  **Dated:   May 10, 2005**                    **/s/ Lawrence J. O'Neill**
66h44d                                       UNITED STATES MAGISTRATE JUDGE