1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 SHIRLEY HARDING          )
                            )   Civil Action No. CV-F-04-5874 LJO
11                          )
         Plaintiff,         )   STIPULATION AND ORDER
12                          )
   vs.                      )
13                          )
   JO ANNE B. BARNHART,     )
14 Commissioner of Social   )
   Security,                )
15                          )
         Defendant.         )
16 _____ )

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 14 day extension of time, until June 17, 2005, in which to file and

20 serve Plaintiff's Reply Brief. All remaining actions under the scheduling order filed, June

21 21, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27

28

1 | Dated: June 3, 2005

/s/ Gina Fazio
GINA FAZIO,
Attorney for Plaintiff.

Dated: June 6, 2005

MCGREGOR SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
(As authorized via facsimile)
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 29, 2005**              /s/ Lawrence J. O'Neill
66h44d                                  UNITED STATES MAGISTRATE JUDGE